**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ALEJANDRO PLASENCIA
ITURRIAGA,

      Petitioner,

    v.

WARDEN, *Pike County Correctional
Facility*,

      Respondent.

No. 4:26-CV-01084

(Chief Judge Brann)

## ORDER

**MAY 28, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Plasencia Iturriaga's amended 28 U.S.C. § 2241 petition (Doc. 5) is **GRANTED**;

2.    The Government **SHALL** release Plasencia Iturriaga from custody within 48 hours of the date of this Order;

3.    The Government shall not arrest, detain, or otherwise take Plasencia Iturriaga into custody in relation to his immigration status for a period of fourteen days following his release from custody; and

4.    Should Plasencia Iturriaga be redetained pursuant to § 1226(a), the Government shall provide him with a bond hearing as soon as

reasonably practicable at which the Government shall bear the burden of proof by clear and convincing evidence; and

5.    The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge